**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Victor Flores CASTANEDA, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 3, 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 3rd day of October 2001, the petition for allowance of appeal is GRANTED, the order of the superior court is REVERSED and the case is REMANDED for a new trial in the Court of Common Pleas of Berks County. *See Commonwealth v. Roxberry,* 529 Pa. 160, 602 A.2d 826, 827 (1992).